

# ARKANSAS COURT OF APPEALS

DIVISION I
No. CR–15–141

| | |
|---|---|
| JAMES MIKEL REEP<br>APPELLANT | **Opinion Delivered** September 30, 2015 |
| V. | APPEAL FROM THE SALINE COUNTY CIRCUIT COURT [NO. 63CR-14-444-2] |
| STATE OF ARKANSAS<br>APPELLEE | HONORABLE GARY ARNOLD, JUDGE |
| | SUPPLEMENTAL ADDENDUM ORDERED |

## RAYMOND R. ABRAMSON, Judge

James Mikel Reep appeals his conviction of driving while intoxicated, fourth offense, from the Saline County Circuit Court. He argues that the circuit erred in denying his motion to suppress and in denying his motion for directed verdict. We decline to address the merits of the appeal at this time because Reep failed to comply with the Arkansas Supreme Court's rules governing the contents of the addendum.

Arkansas Supreme Court Rule 4–2(a)(8) requires that an appellant's brief include an addendum consisting of all documents essential to this court's resolution of the issues on appeal, including exhibits such as CDs and DVDs. In this case, the State introduced into evidence a DVD of a dashboard–camera recording of Reep being arrested and several statements he made to the arresting officer concerning his alcohol intake and his driving. The DVD was made part of the record and was essential to the circuit court's consideration of

Reep's directed-verdict motion. However, Reep failed to include copies of the DVD in his addendum as required by our rules. We therefore order him to file a supplemental addendum within seven calendar days of this order to provide the DVD exhibit to the members of our court.

Supplemental addendum ordered.

HARRISON and BROWN, JJ., agree.

*Ogles Law Firm*, by: *John Ogles*, for appellant.

*Leslie Rutledge*, Att'y Gen., by: *Karen Virginia Wallace*, Ass't Att'y Gen., for appellee.